IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**Robert Holloway Jr.**
[Enter the full name of the plaintiff in this action]

) Civil Action No. _____
) (to be assigned by Clerk)
)
) **COMPLAINT**
) **State Prisoner**

**Sheriff       Major Lonnie Smith**
**Tony Davis + John Long**
**Sheriff Dept. Greenwood**
**S.C. 29646**

Enter above the full name of defendant(s) in this action

RECEIVED
USDC, CLERK GREENVILLE, SC
2015 OCT 15 AM 11:51

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes ✔    No ___

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: **Robert Holloway Jr.**

   Defendant(s): **Tony Davis + Greenwood S.C. Sheriff Dept.**

2. Court: **United States District Court Greenville S.C 29601**
   (If federal court, name the district; if state court, name the county)

3. Docket Number: **C/A 2:00-CV-02112-PMD**

4. Name(s) of Judge(s) to whom case was assigned: **Patrick M. Duffy**

5. Disposition: **Settlement Still Pending.**
   (For example, was the case dismissed? Appealed? Pending?)

6. Approximate date of filing lawsuit: **Yr. 2000**

7. Approximate date of disposition: **Yr. 2002-2003 Settlement Still Pending**

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: GREENWOOD COUNTY DETENTION CENTER

B. What are the issues that you are attempting to litigate in the above-captioned case? THAT THE SERVICE OF PROCESS IS IN ROBERT HOLLOWAY JR NAME AND I HAVE RELIEF FOR THEM.

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓    No _____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes _____   No ✓

When _____ Grievance Number (if available) _____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes _____   No ✓

E. When was the final agency/departmental/institutional answer or determination received by you? _____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes _____   No _____

G. If your answer is YES:

1. What steps did you take? _____

2. What was the result? I AM WAS LOCKED OUT OF GRIEVANCE PROCEDURES. CANT CALL OR TALK TO ANYONE.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: ROBERT HOLLOWAY JR.    Inmate No.: JR.N: 23368 / 233681102
Address: 528 EDGEFEILD ST. GREENWOOD S.C 29646 G-8

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: JOHN LONG / LONNIE SMITH MAJOR    Position: COMMUNICATION
Place of Employment: GREENWOOD SHERIFF DEPT. 528 EDGEFEILD ST. GWD S.C 29646

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
TONY DAVIS SHERIFF.
GREENWOOD SHERIFF DEPT.
528 EDGEFEILD ST. GREENWOOD SC. 29646

Complaint - State Prisoner
Revised May 9, 2013

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

THIS SHERIFF DEPT HAS BEEN TOLD OVER AND OVER THAT A FEDERAL INVESTIGATION IS GOING ON IN THE COUNTY OF GREENWOOD S.C. BECAUSE A TERRORIST ORG. IS RUNNING AROUND HERE LOOKING LIKE YOUR FAMILY BUT IS NOT. IT HAPPEN TO MY FAMILY. MY MOTHER ISNT MY MOTHER. NOW SHE IN NEWBERRY NURSING HOME WHITE OAK. BLOOD TEST DNA WILL TELL YOU THAT. I WAS TOLD BY THE U.S DEPT JUSTICE WASH D.C. TO CONTINUE TO CALL YOUR LOCAL LAW ENFORCEMENT BUT THEY ARE AIDING AND ABETTING THE TERRORIST. NOW I CAN'T DO MY JOB FOR THE I.R.S BECAUSE I'M STUCK IN THIS JAIL WITH NO FAMILY TO GET ME OUT. AND MY MONEY IS BEING HELD UP BY THESE COURT SYSTEMS. WHAT'S GOING ON HERE ISN'T A JOKE. DNA WELL TELL US THAT. SHERIFF DEPT INTERFERED WITH A FEDERAL

Complaint - State Prisoner
Revised May 9, 2013

IV. STATEMENT OF CLAIM - continued.

INVESTIGATION, I ASK FOR IMMEDIATELY RELEASE. AND SUM OF 100 MILLION DOLLARS AND THAT THESE OFFICERS BE CHARGED AND FIRED FOR TRYING TO COVER UP AND INTERFERING WITH A FEDERAL INVESTIGATION AND USING ROBERT HOLLOWAY JR. SERVICE OF PROCESS TO DO SO.

DATE OF THIS WARRANT IS 9-30-2015. THEY TRYING TO GET RID OF ME BECAUSE THEY AREN'T SERVING AND PROTECTING THE COMMUNITY. WHEN TOLD THAT THIS WAS AN INVESTIGATION THEY LOCKED ME UP. A SUM OF 100 MILLION DOLLARS IN DAMAGES + PUNITIVE DAMAGES I ASK FOR.

Thank you.
Robert Holloway

P.S I ASK THAT A FEDERAL LAWYER BE APPOINTED TO ME, BECAUSE THESE CASES HAS BECOME TO GREAT TO HANDLE PRO SE, AND HAVEN'T PAID.

Complaint - State Prisoner
Revised May 9, 2013

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I ASK THAT I BE IMMEDIATELY RELEASE TO CONTINUE MY INVESTIGATION. FEDERAL IRS. AND THAT A SUM OF 100 MILLION DOLLARS IN DAMEGES + PUNITIVE DAMAGES BE AWARDED TO ROBERT HALLOWAY JR. AND THAT SHE P-FF LARRY DAVES, JOHN LONG, AND MAJOR LONNIE SMITH BE CHARGED AND FIRED FOR AIDING AND ABETTING A TERRORIST ORG. IN GREENWOOD COUNTY S.C. AND INTERFERING WITH THE DUTY OF ROBERT HALLOWAY JR. WHO IS INVESTIGATING FOR THE UNITED STATES GOV'T. AND THAT ALL CHARGES BE DROPPED. IMMEDIATELY. Thank you,

Robert Holloway

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __OCT__, 20__15__.

Robert Holloway Jr.
*Signature of Plaintiff*

Complaint - State Prisoner
Revised May 9, 2013